United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **BASIT ABDUL,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01583** |
| | § | |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL,** | § | |
| | § | |
| | § | |
| **Respondent.** | § | |

**ORDER**

On October 8, 2026, Respondents informed the Court that Petitioner Basit Abdul ("Petitioner") was scheduled to be removed following five days' notice of the date of its filing, as required by the Court's September 9, 2026 Order (Dkt 5). (Dkt. 14 at 1.) Respondents stated that Petitioner's removal was scheduled for early November. (*Id.*)

Respondents are **ORDERED** to submit an advisory on or before **November 9, 2026**, informing the Court whether Petitioner remains detained.

IT IS SO ORDERED.

SIGNED this November 3, 2026.

Diana Saldaña
United States District Judge